UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 23-cr-00063 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| | * | |
| DUSTY GUIDRY | * | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the Government's Motion to Substitute Counsel of Record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Assistant United States Attorney Daniel J. McCoy be withdrawn as counsel of record for the Government.

IT IS FURTHER ORDERED that John Luke Walker, Assistant United States Attorney, be enrolled as counsel of record for the Government.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that AUSA John Luke Walker, is provided with all future filings (including electronic) and notices filed in this matter.

DONE AND SIGNED this 31st day of January, 2024, at Lafayette, Louisiana.

_____

Carol B. Whitehurst
United States Magistrate Judge