**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:23-CR-00063-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DUSTY GUIDRY (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**SENTENCING**

| | | | |
|---|---|---|---|
| Date: | Oct. 1, 2025 | Presiding: | Judge David C. Joseph |
| Court Opened: | 2:08 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:30 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 22 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Michael Christy |

**APPEARANCES**

| | | |
|---|---|---|
| John Luke Walker (AUSA) | For | United States of America |
| John Woodley Nickel (AUSA) | For | United States of America |
| Thomas Lawrence Lorenzi (Retained) | For | Dusty Guidry (01) Defendant |
| Dusty Guidry (01) Defendant | | (Location Released) |

**PROCEEDINGS**

Case called for Sentencing.

**SENTENCING:**
**Counts 1, 2 and 3:** Defendant is committed to the Bureau of Prisons for **48 months** on each count to run **CONCURRENT.** Sentence shall run concurrent with any state sentence imposed in 16th Judicial District Court, St. Martin Parish, Docket No. 21-257988.  Upon release from imprisonment, Defendant shall be on supervised release for **3 years** on each count to run **CONCURRENT**, with standard, mandatory and the following special conditions:

   a. Defendant shall participate in an outpatient substance abuse treatment program under the guidance of the U.S. Probation Office and shall follow the rules and regulations of that program.  Defendant shall submit to drug testing as directed by the treatment facility and Probation Officer during the term of supervision.  Defendant shall contribute to the cost of the treatment program in accordance with his ability to pay.  Defendant shall also refrain from alcohol use while in a substance abuse treatment program.

b.  Defendant shall obtain and maintain legitimate, verifiable employment, work at least 30 hours each week and submit verification of income, such as pay stubs, to the probation officer each month.  If Defendant plans to change employment, or if any circumstances concerning employment change, Defendant shall notify the probation officer within 72 hours of the change.

c.  Defendant shall submit to additional substance abuse testing to be administered by Probation Office.

d.  Defendant shall provide the Probation Office with any requested financial information throughout the period of supervised release and shall submit any income tax refunds for payment towards the fine balance.

e.  Defendant shall no incur new credit charges or open any new lines of credit without the approval of the Probation Officer, until the Court ordered fine is paid in full.

Defendant ordered to pay a $100.00 special assessment per count for a total of **$300.00** payable immediately to the U.S. Clerk of Court.

Defendant ordered to pay a fine of **$10,000.00** to be paid in equal monthly installments of $300.00 to commence 30 days after release from imprisonment until paid in full.

Defendant advised of his right to appeal.  Any appeal must be filed within fourteen (14) days of the Court's judgment.

Defendant shall self-report to the custody of the U S Marshal for service of sentence on **November 14, 2025, by 2:00 p.m.**

**MOTIONS:**

The Court **GRANTED** [44] Motion for Departure from Sentencing Guidelines 5k1.1 by the USA.